IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TAYLOR and LEVITA TAYLOR,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCME MORTGAGE BANKERS, MERS and STEWART TITLE COMPANY OF SAN DIEGO,<br><br>    Defendants. | No. C 11-01623 CW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE, REGARDING SERVICE OF DEFENDANTS AND REQUIRING PROOF OF TIMELY SERVICE |

On April 4, 2011, pro se Plaintiffs William Taylor and Levita Taylor filed this action against Defendants SCME Mortgage Bankers, MERS and Stewart Title Company of San Diego.  Under Federal Rule of Civil Procedure 4(m), service of process on Defendants must be perfected by August 2, 2011.

By August 5, 2011, Plaintiffs shall file proof that they served Defendants within the 120-day period required by Rule 4(m). Alternatively, by August 5, 2011, Plaintiffs may file a motion to extend time for service, so long as they can demonstrate good cause.  Plaintiffs' failure to respond to this Order will result in the dismissal of their claims for failure to prosecute.

The case management conference set for August 9, 2011 is continued to October 25, 2011 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 8/2/2011

CLAUDIA WILKEN
United States District Judge