IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TAYLOR and LEVITA TAYLOR,<br><br>         Plaintiffs,<br><br>     v.<br><br>SCME MORTGAGE BANKERS, MERS and STEWART TITLE COMPANY OF SAN DIEGO,<br><br>         Defendants. | No. C 11-01623 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On April 4, 2011, pro se Plaintiffs William Taylor and Levita Taylor filed this action against Defendants SCME Mortgage Bankers, MERS and Stewart Title Company of San Diego. Under Federal Rule of Civil Procedure 4(m), service of process should have been perfected by August 2, 2011. On August 2, 2011, the Court issued an order directing Plaintiffs to file proof of timely service by August 5, 2011, or alternatively, to file a motion to extend time for service by that date. At that time, the Court warned Plaintiffs that failure to respond to the order would result in dismissal of their action for failure to prosecute.

Plaintiffs have not filed proof of timely service or a motion to extend time for service. Thus, the Court dismisses Plaintiffs' action for failure to prosecute.

IT IS SO ORDERED.

Dated: 10/19/2011

CLAUDIA WILKEN
United States District Judge